UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
               Government,

     -against-

XAVIER CHALAS,
               Defendants.
------------------------------------------------------------X

22 CR. 167 (RMB)

**<u>ORDER</u>**

      In light of the continuing COVID-19 pandemic, the initial pretrial conference scheduled for Thursday, April 7, 2022 at 10:30 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 1670

Dated: March 30, 2022
       New York, NY

                                            RICHARD M. BERMAN
                                               U.S.D.J.