UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

XAVIER CHALAS,

           Defendant.

CASE NO.: 22 Cr. 167 (RMB)

**TELEPHONE CONFERENCE
SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A Telephone Conference is scheduled for Monday, April 11, 2022 at 12:30 pm on the Court's conference line. The parties, including Mr. Chalas, are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:    New York, New York
             March 30, 2022

SO ORDERED

_____
**SARAH L. CAVE
United States Magistrate Judge**