UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

XAVIER CHALAS,

           Defendant.

CASE NO.: 22 Cr. 167 (RMB)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The conditions of release set by the Court on March 30, 2022, and modified by the Honorable Richard M. Berman on April 7, 2022, are hereby MODIFIED as follows:

(1) Once per week, at a date, time, and location agreed in advance with Pretrial Services, Mr. Chalas may make a grocery shopping trip, reporting to Pretrial Services on his return to his residence.

(2) Mr. Chalas may exit his apartment to retrieve food deliveries from the lobby of his apartment, such trips to last no longer than six (6) minutes unless otherwise approved by Pretrial Services.

(3) All other prior conditions of release remain in effect.

A Telephone Conference is scheduled for **Monday, April 18, 2022 at 12:30 pm before Judge Cave** on the Court's conference line. The parties, including Mr. Chalas, are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:    New York, New York
             April 11, 2022

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**