UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

XAVIER CHALAS,

         Defendant.

CASE NO.: 22 Cr. 167 (RMB)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The conditions of release set by the Court on March 30, 2022, and modified by the Honorable Richard M. Berman on April 7, 2022 and the undersigned on April 18, 2022, are hereby MODIFIED as follows:

(1) Once per day, between 8:00 a.m. and 8:00 p.m., Mr. Chalas may call Pretrial Services to request permission to travel to the Deli at the corner of Madison Avenue and East 132d Street for a trip no longer than 30 minutes.

(2) All other prior conditions of release remain in effect.

Dated:    New York, New York
            April 18, 2022

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**