**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
    Government,

                  22 CR. 167 (RMB)

 -against-

                  **ORDER**

XAVIER CHALAS,
    Defendants.
------------------------------------------------------------X

   In light of the continuing COVID-19 pandemic, the bail hearing scheduled for Tuesday, April 26, 2022 at 9:30 AM is being held by video via Microsoft Teams pursuant to the CARES Act and applicable implementing court procedures.

   Members of the public and the press can use the following dial-in information:

USA Toll-Free Number: (877) 336-1829
Access Code: 6265989
Security Code: 1670

Dated: April 20, 2022
    New York, NY

                         *Richard M. Berman*
                   _____
                     RICHARD M. BERMAN
                        U.S.D.J.