UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

**ORDER**

-against-

22 Cr 167

XAVIER CHALAS,
Reg. No. 91427-054,

Defendant.
-----------------------------------------------------------X

For the reasons stated on the record today, the Defendant is remanded, effective immediately.

Defendant shall report to the SDNY Pretrial Services Office, 500 Pearl Street, 5th Floor, New York, New York 10007 today, April 26, 2022, by 12:00 pm. Pretrial shall then escort the Defendant to the Marshal's Office for immediate surrender.

Upon surrender, the Marshal's Office and/or BOP shall provide a medical facility which offers immediate mental health counseling and medical care for a gunshot leg wound (physical therapy), asthma (inhaler), and heart condition (pacemaker and defibrillator).

Dated: New York, New York
April 26, 2022

RMB
_____
RICHARD M. BERMAN, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/26/22