**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

    -against-

XAVIER CHALAS,
                Defendants.
------------------------------------------------------------X

                                                                     22 CR. 167 (RMB)

                                                                      **ORDER**

        In light of the continuing COVID-19 pandemic, the status conference scheduled for Tuesday, May 10, 2022 at 9:00 AM is being held by video via Microsoft Teams pursuant to the CARES Act and applicable implementing court procedures.

        Members of the public and the press can use the following dial-in information:

USA Toll-Free Number: (877) 336-1829
Access Code: 6265989
Security Code: 1670

Dated: May 4, 2022
          New York, NY

                                                          _____
                                                               RICHARD M. BERMAN
                                                                    U.S.D.J.