UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                22 CR. 167 (RMB)

    -against-

                **ORDER**

XAVIER CHALAS,
                Defendants.
------------------------------------------------------------X

The status conference scheduled for Thursday, June 30, 2022 at 10:30 AM is hereby rescheduled to Thursday, June 9, 2022 at 9:00 AM.

In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 1670

Dated: June 1, 2022
       New York, NY

                              _____
                                RICHARD M. BERMAN
                                    U.S.D.J.