**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                            22 CR. 167 (RMB)

   -against-

                                                                            **ORDER**

XAVIER CHALAS,
                Defendants.
------------------------------------------------------------X

       The sentencing proceeding scheduled for Tuesday, September 20, 2022 at 1:00 PM is hereby rescheduled to Tuesday, October 25, 2022 at 9:00 AM.

       Defense submission due October 4, 2022.

       Government submission due October 11, 2022.


Dated: September 8, 2022
       New York, NY

                                                                              RICHARD M. BERMAN
                                                                                   U.S.D.J.