**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

November 30, 2022

**BY ECF**

Honorable Richard M. Berman
United States District Judge
Southern District of New York
New York, New York 10007

Re:  **United States v. Xavier Chalas**
      **22 Cr. 167 (RMB)**

Dear Judge Berman:

    I am the attorney representing Xavier Chalas in the above referenced matter. I am writing to request a one-day extension for the submission of the sentencing submission that is due today, November 30, 2022. I have conferred with AUSA Madison Smyser and the prosecution has no objection to this request. Thank you for your consideration of this request.

Respectfully submitted,

/s/ Marisa K. Cabrera
Marisa K. Cabrera, Esq.
Assistant Federal Defender
Tel.: (212) 417-8730

Cc: AUSA Madison Smyser (via ECF)

Application granted.

SO ORDERED:
Date: 11/30/2022
Richard M. Berman, U.S.D.J.