

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 7, 2022

**BY ECF**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Xavier Chalas, et al.*, 22 Cr. 167 (RMB)

Dear Judge Berman:

    The Government respectfully writes to request an extension until Friday, December 9, 2022, for its sentencing submission that is due today. The defense has no objection to this request.

Extension granted.

SO ORDERED:
Date: 12/8/22
Richard M. Berman, U.S.D.J.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: *Madison Reddick Smyser*
Madison Reddick Smyser
Assistant United States Attorney
(212) 637-2381

Cc:    Marisa Cabrera, Esq. (by ECF)