**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
               Government,

    -against-

XAVIER CHALAS,
               Defendants.
------------------------------------------------------------X

22 CR. 167 (RMB)

**ORDER**

       The sentencing scheduled for Tuesday, December 20, 2022 at 9:00 A.M. will be held in Courtroom 17B.

Dated: December 14, 2022
       New York, NY

*Richard M. Berman*
_____
RICHARD M. BERMAN
U.S.D.J.